**FILED**
November 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR. S-07-0515 WBS
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JAIME JIMINEZ, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAIME JIMINEZ , Case No.  CR. S-07-0515 WBS , Charge  Title 21 USC §§ 846; 841 (a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 75,000 (secured by real property)

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other)  with pretrial supervision and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 21, 2007  at  10:40 a.m. .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge