McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-515 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JORGE CHAVEZ et al., ) | |
| ) | |
| Defendants. ) | Hon. William B. Shubb |

The parties request that the status conference currently set for February 25, 2008, be continued to April 21, 2008, and stipulate that the time beginning February 25, 2008, and extending through April 21, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  In particular, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery

1

1 with their respective clients, and discuss with their clients how
2 to proceed.  The parties stipulate and agree that the interests
3 of justice served by granting this continuance outweigh the best
4 interests of the public and the defendants in a speedy trial.  18
5 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:   February 21, 2008        By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

Dated:   February 21, 2008        By:/s/ Patrick K. Hanly
                                        PATRICK K. HANLY
                                        Attorney for defendant
                                        Jorge Chavez

Dated:   February 21, 2008        By:/s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for defendant
                                        Armando Chavez

Dated:   February 21, 2008        By:/s/ Michael B. Bigelow
                                        MICHAEL B. BIGELOW
                                        Attorney for defendant
                                        Alex Hernandez

Dated:   February 21, 2008        By:/s/ Daniel M. Davis
                                        DANIEL M. DAVIS
                                        Attorney for defendant
                                        Juan Villa, Jr.

Dated:   February 21, 2008        By:/s/ Hayes H. Gable
                                        HAYES H. GABLE, III
                                        Attorney for defendant
                                        Jamie Jiminez

Dated:   February 21, 2008        By:/s/ Kresta N. Daily
                                        KRESTA N. DAILY
                                        Attorney for defendant
                                        Maricella Villa

**ORDER**

The status conference in case number CR. S-07-0515 WBS, currently set for February 25, 2008, is continued to April 21, 2008, and the time beginning February 25, 2008, and extending through April 21, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   February 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE