```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-07-515 WBS
12            Plaintiff,         )
                                 )  STIPULATION AND [PROPOSED] ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
       v.                        )  EXCLUDING TIME
14                               )
    JORGE CHAVEZ et al.,         )
15                               )
              Defendants.        )  Hon. William B. Shubb
16  _____)
17
```

18     The parties request that the status conference currently set
19 for April 21, 2008, be continued to June 9, 2008, and stipulate
20 that the time beginning April 21, 2008, and extending through
21 June 9, 2008, should be excluded from the calculation of time
22 under the Speedy Trial Act.  The parties submit that the ends of
23 justice are served by the Court excluding such time, so that
24 counsel for each defendant may have reasonable time necessary for
25 effective preparation, taking into account the exercise of due
26 diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  In
27 particular, counsel for each defendant needs more time to review
28 the discovery in this case, discuss that discovery with their

1

1 respective clients, consider evidence that may affect the
2 disposition of this case, and discuss with their clients how to
3 proceed.  The parties stipulate and agree that the interests of
4 justice served by granting this continuance outweigh the best
5 interests of the public and the defendants in a speedy trial.  18
6 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: April 17, 2008              By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


Dated: April 17, 2008              By:/s/ Patrick K. Hanly
                                        PATRICK K. HANLY
                                        Attorney for defendant
                                        Jorge Chavez


Dated: April 17, 2008              By:/s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for defendant
                                        Armando Chavez


Dated: April 17, 2008              By:/s/ Michael B. Bigelow
                                        MICHAEL B. BIGELOW
                                        Attorney for defendant
                                        Alex Hernandez


Dated: April 17, 2008              By:/s/ Daniel M. Davis
                                        DANIEL M. DAVIS
                                        Attorney for defendant
                                        Juan Villa, Jr.


Dated: April 17, 2008              By:/s/ Hayes H. Gable
                                        HAYES H. GABLE, III
                                        Attorney for defendant
                                        Jamie Jiminez

///
///

| | | |
|---|---|---|
| 1 | Dated: April 17, 2008 | By:/s/ Kresta N. Daily |
| 2 | | KRESTA N. DAILY<br>Attorney for defendant |
| 3 | | Maricella Villa |
| 4 | Dated: April 17, 2008 | By:/s/ Michael Long |
| 5 | | MICHAEL LONG<br>Attorney for defendant<br>Jose Penalosa |

**ORDER**

The status conference in case number CR. S-07-0515 WBS, currently set for April 21, 2008, is continued to June 9, 2008 at 8:30 a.m., and the time beginning April 21, 2008, and extending through June 9, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  April 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE