McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-515 WBS |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| JORGE CHAVEZ et al., ) | |
| Defendants. ) | Hon. William B. Shubb |

The parties request that the status conference currently set for April 21, 2008, be continued to June 9, 2008, and stipulate that the time beginning April 21, 2008, and extending through June 9, 2008, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. In particular, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their

1

respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: April 17, 2008          By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney


Dated: April 17, 2008          By:/s/ Patrick K. Hanly
                                  PATRICK K. HANLY
                                  Attorney for defendant
                                  Jorge Chavez


Dated: April 17, 2008          By:/s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for defendant
                                  Armando Chavez


Dated: April 17, 2008          By:/s/ Michael B. Bigelow
                                  MICHAEL B. BIGELOW
                                  Attorney for defendant
                                  Alex Hernandez


Dated: April 17, 2008          By:/s/ Daniel M. Davis
                                  DANIEL M. DAVIS
                                  Attorney for defendant
                                  Juan Villa, Jr.


Dated: April 17, 2008          By:/s/ Hayes H. Gable
                                  HAYES H. GABLE, III
                                  Attorney for defendant
                                  Jamie Jiminez

///

///

| | | |
|---|---|---|
| Dated: April 17, 2008 | By: | /s/ Kresta N. Daily |
| | | KRESTA N. DAILY |
| | | Attorney for defendant |
| | | Maricella Villa |
| Dated: April 17, 2008 | By: | /s/ Michael Long |
| | | MICHAEL LONG |
| | | Attorney for defendant |
| | | Jose Penalosa |

**ORDER**

The status conference in case number CR. S-07-0515 WBS, currently set for April 21, 2008, is continued to June 9, 2008 at 8:30 a.m., and the time beginning April 21, 2008, and extending through June 9, 2008, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: April 18, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE