McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   CR. S-07-515 WBS
         Plaintiff,                  )
                                     )   STIPULATION AND [~~PROPOSED~~] ORDER
                                     )   CONTINUING STATUS CONFERENCE AND
    v.                               )   EXCLUDING TIME
                                     )
JORGE CHAVEZ et al.,                 )
                                     )
         Defendants.                 )   Hon. William B. Shubb
_____)

   The parties request that the status conference currently set for August 4, 2008, be continued to October 6, 2008, and stipulate that the time beginning August 4, 2008, and extending through October 6, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

1  The government is in the process of providing each defendant
2 with a plea offer.  Some offers have already been made.  All
3 defendants are expected to have their offers no later than the
4 week of August 4, 2008, if not sooner.  Each defendant will need
5 time to consider the government's offer.  Additionally, counsel
6 for each defendant needs more time to review the discovery in
7 this case, discuss that discovery with their respective clients,
8 consider evidence that may affect the disposition of this case,
9 and discuss with their clients how to proceed.  The parties
10 stipulate and agree that the interests of justice served by
11 granting this continuance outweigh the best interests of the
12 public and the defendants in a speedy trial.  18 U.S.C. §
13 3161(h)(8)(A).

                                   Respectfully Submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

Dated: August 1, 2008         By:/s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney


Dated: August 1, 2008         By:/s/ Patrick K. Hanly
                                   PATRICK K. HANLY
                                   Attorney for defendant
                                   Jorge Chavez


Dated: August 1, 2008         By:/s/ Thomas A. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for defendant
                                   Armando Chavez


Dated: August 1, 2008         By:/s/ Michael B. Bigelow
                                   MICHAEL B. BIGELOW
                                   Attorney for defendant
                                   Alex Hernandez

| | | |
|---|---|---|
| 1 | Dated: August 1, 2008 | By:/s/ Daniel M. Davis |
| 2 | | DANIEL M. DAVIS<br>Attorney for defendant |
| 3 | | Juan Villa, Jr. |
| 4 | Dated: August 1, 2008 | By:/s/ Hayes H. Gable |
| 5 | | HAYES H. GABLE, III<br>Attorney for defendant<br>Jamie Jiminez |
| 7 | Dated: August 1, 2008 | By:/s/ Kresta N. Daily |
| 8 | | KRESTA N. DAILY<br>Attorney for defendant<br>Maricella Villa |
| 10 | Dated: August 1, 2008 | By:/s/ Michael Long |
| 11 | | MICHAEL LONG<br>Attorney for defendant<br>Jose Penalosa |

### ORDER

The status conference in case number CR. S-07-0515 WBS, currently set for August 4, 2008, is continued to October 6, 2008, and the time beginning August 4, 2008, and extending through October 6, 2008, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   August 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3