1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-07-515 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JORGE CHAVEZ et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. William B. Shubb |

   The parties request that the status conference currently set for October 6, 2008, be continued to November 17, 2008, and stipulate that the time beginning October 6, 2008, and extending through November 17, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

1

1     The parties are in the process of discussing and negotiating
2 the various plea offers in this case.  Each defendant will need
3 time to consider his or her offer.  Additionally, counsel for
4 each defendant needs more time to review the discovery in this
5 case, discuss that discovery with their respective clients,
6 consider evidence that may affect the disposition of this case,
7 and discuss with their clients how to proceed.  The parties
8 stipulate and agree that the interests of justice served by
9 granting this continuance outweigh the best interests of the
10 public and the defendants in a speedy trial.  18 U.S.C. §
11 3161(h)(8)(A).

                                                  Respectfully Submitted,

                                                  McGREGOR W. SCOTT
United States Attorney

Dated: October 3, 2008          By:/s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney

Dated: October 3, 2008          By:/s/ Patrick K. Hanly
                                   PATRICK K. HANLY
                                   Attorney for defendant
                                   Jorge Chavez

Dated: October 3, 2008          By:/s/ Thomas A. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for defendant
                                   Armando Chavez

Dated: October 3, 2008          By:/s/ Michael B. Bigelow
                                   MICHAEL B. BIGELOW
                                   Attorney for defendant
                                   Alex Hernandez

Dated: October 3, 2008          By:/s/ Daniel M. Davis
                                   DANIEL M. DAVIS
                                   Attorney for defendant
                                   Juan Villa, Jr.

| | |
|---|---|
| Dated: October 3, 2008 | By:/s/ Hayes H. Gable<br>HAYES H. GABLE, III<br>Attorney for defendant<br>Jamie Jiminez |
| Dated: October 3, 2008 | By:/s/ Kresta N. Daily<br>KRESTA N. DAILY<br>Attorney for defendant<br>Maricella Villa |
| Dated: October 3, 2008 | By:/s/ Michael Long<br>MICHAEL LONG<br>Attorney for defendant<br>Jose Penalosa |

**ORDER**

The status conference in case number CR. S-07-0515 WBS, currently set for October 6, 2008, is continued to November 17, 2008 at 8:30 a.m., and the time beginning October 6, 2008, and extending through November 17, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE