```
1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-515 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JORGE CHAVEZ et al., ) | |
| ) | |
| Defendants. ) | Hon. William B. Shubb |

The parties request that the status conference currently set for November 17, 2008, be continued to February 17, 2009, and stipulate that the time beginning November 17, 2008, and extending through February 17, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

1

The parties are in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his or her offer. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: November 14, 2008      By: /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

Dated: November 14, 2008      By: /s/ Patrick K. Hanly
                                  PATRICK K. HANLY
                                  Attorney for defendant
                                  Jorge Chavez

Dated: November 14, 2008      By: /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for defendant
                                  Armando Chavez

Dated: November 14, 2008      By: /s/ Michael B. Bigelow
                                  MICHAEL B. BIGELOW
                                  Attorney for defendant
                                  Alex Hernandez

Dated: November 14, 2008      By: /s/ Daniel M. Davis
                                  DANIEL M. DAVIS
                                  Attorney for defendant
                                  Juan Villa, Jr.

```
Dated: November 14, 2008           By:/s/ Hayes H. Gable
                                      HAYES H. GABLE, III
                                      Attorney for defendant
                                      Jamie Jiminez


Dated: November 14, 2008           By:/s/ Kresta N. Daily
                                      KRESTA N. DAILY
                                      Attorney for defendant
                                      Maricella Villa


Dated: November 14, 2008           By:/s/ Michael Long
                                      MICHAEL LONG
                                      Attorney for defendant
                                      Jose Penalosa
```

## ORDER

The status conference in case number CR. S-07-0515 WBS, currently set for November 17, 2008, is continued to February 17, 2009, and the time beginning November 17, 2008, and extending through February 17, 2009, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:  November 17, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE