```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>JORGE CHAVEZ, et al.,       )<br>                            )<br>            Defendants.     )<br>_____) | CR. S-07-0515 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>CONTINUING STATUS CONFERENCE AND<br>EXCLUDING TIME<br><br><br><br>Hon. William B. Shubb |

The parties request that the status conference currently set for March 23, 2009, be continued to March 30, 2009 and stipulate that the time beginning March 23, 2009, and extending through March 30, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

The parties are in the process of discussing and negotiating the various plea offers in this case. Each defendant will need

1

time to consider his or her offer in light of the discovery.  As
such, the attorneys for each defendant need more time to review
the discovery in this case, discuss that discovery with their
respective clients, consider new evidence that may affect the
disposition of this case, conduct necessary legal research and
investigation, and then discuss with their clients how to
proceed.  The parties stipulate and agree that the interests of
justice served by granting this continuance outweigh the best
interests of the public and the defendants in a speedy trial.  18
U.S.C. § 3161(h)(8)(A).

                                            Respectfully Submitted,

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

Dated: March 13, 2009          By:/s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney

Dated: March 13, 2009          By:/s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for defendant
                                            Armando Chavez

Dated: March 13, 2009          By:/s/ Michael B. Bigelow
                                            MICHAEL B. BIGELOW
                                            Attorney for defendant
                                            Alex Hernandez

Dated: March 13, 2009          By:/s/ Daniel M. Davis
                                            DANIEL M. DAVIS
                                            Attorney for defendant
                                            Juan Villa, Jr.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: March 13, 2009 | By: /s/ Hayes H. Gable |
| 2 | | HAYES H. GABLE, III<br>Attorney for defendant |
| 3 | | Jamie Jiminez |
| 4 | Dated: March 13, 2009 | By: /s/ Kresta N. Daly |
| 5 | | KRESTA N. DALY<br>Attorney for defendant |
| 6 | | Maricella Villa |

**ORDER**

For the reasons stated above, the status conference in case number CR. S-07-0515 WBS, currently set for March 23, 2009, is continued to March 30, 2009 at 8:30 a.m.; and the time beginning March 23, 2009, and extending through March 30, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE