1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   JAIME JIMINEZ
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
                                        NO.  Cr. S-07-0515 WBS
12  **UNITED STATES OF AMERICA**,

13                      Plaintiff,      **STIPULATION FOR
                                        MODIFICATION OF
14       vs.                            PRETRIAL RELEASE
                                        CONDITION RE: THIRD
15  **JAIME JIMINEZ,**                  PARTY CUSTODY AND
                                        ORDER**
16                      Defendant..
                                        Judge: Dale A. Drozd
17

18

19                              **STIPULATION**

20        Plaintiff, United States of America, by and through its counsel, Assistant United States

21  Attorney Michael Beckwith, and defendant Jaime Jiminez, by and through his  attorney of record,

22  Hayes H. Gable III, agree and stipulate that the defendant's  pretrial release pretrial release

23  conditions may be modified  to delete the  requirement of third party custody.  When the defendant

24  was released on November 20, 2007, on a $75,000 bond secured by real property owned by his

25  parents.  Other conditions included that he be placed in the third party custody of his mother,

26  Bernardina Jimenez, and that he reside with his parents at 4140 Wheatley Circle, Sacramento, CA

27  95838.

28  /////

                                        1

1     Since his release, the defendant has complied with all the term and conditions of his pretrial

2   release.  He now seeks the modification of his pretrial release to delete the condition of third party

3   custody and the attendant residency requirement.  He, together with his wife and child**,**  wishes to

4   move out of his parents' house with , due to the overcrowded conditions present there.  He has

5   located a residence for them to reside in.

6     The undersigned has sought and obtained the approval of Pretrial Services Officer Steve

7   Sheehan  to the above-stated request.

8     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9   Dated:  April 27, 2009

                                   Respectfully submitted,

                                   LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   By: /s/ MICHAEL BECKWITH
                                       MICHAEL BECKWITH
                                       Assistant U.S. Attorney

                                        /s/Hayes H. Gable, III
                                       HAYES H. GABLE, III
                                       Attorney for Defendant
                                       JAMIE JIMINEZ

17                                **ORDER**

18     Based upon the foregoing stipulation of the parties and with the agreement of the pretrial

19  services officer, and good cause appearing, the Court grants the defendant's request that the terms of

20  the conditions of pretrial release be modified to delete the requirement of third party custody and

21  residency in the defendants's parents' home.   All other conditions of release are to remain in full

22  force.

23  **IT IS SO ORDERED** .

24  DATED: April 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

28  Ddad1/orders.criminal/jiminez0515.stipord

2