| | |
|---|---|
| 1 | HAYES H. GABLE III |
| | Attorney at Law |
| 2 | State Bar No. 60368 |
| | 428 J Street, Suite 350 |
| 3 | Sacramento, CA 95814 |
| | (916) 446-3331 |
| 4 | Fax: (916) 447-2988 |
| 5 | Attorney for Defendant |
| | JAIME JIMINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-07-515 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **ARMANDO CHAVEZ, et al.** | |
| Defendant(s). | Hon. William B. Shubb |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michael Beckwith, and defendants Armando Chavez, Alex Hernandez, Juan Villa, Jr. Jaime Jiminez and Marcicella Villa, by and through their respective counsel, Thomas Johnson, Michael Bigelow, Daniel Davis, Hayes H. Gable III, and Kresta Daly agree and stipulate to vacate the existing hearing date in the above-captioned action, May 26, 2009, and to continue the matter to June 15, 2009, at 8:30 a.m., for status conference.

The reason for this continuance is that the government and defendants continue to negotiate a resolution of this case and the additional time is necessary to complete these negotiations. The parties further agree and stipulate that the period from the filing of this stipulation until June 15, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow

1 continuity of counsel and to allow reasonable time necessary for effective presentation.

2 It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
3 public's interest in commencing trial within 70 days.

4 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6 IT IS SO STIPULATED

7 DATE: May 21, 2009          s/Hayes H. Gable, III for
                              **THOMAS JOHNSON**
8                             Attorney for Defendant
                              **ARMANDO CHAVEZ**

10                             s/Hayes H. Gable, III for
                              **MICHAEL BIGELOW**
11                            Attorney for Defendant
                              **ALEX HERNANDEZ**

13                             s/Hayes H. Gable, III for
                              **DANIEL DAVIS**
14                            Attorney for Defendant
                              **JUAN VILLA, JR**

17                             s/Hayes H. Gable, III
                              **HAYES H. GABLE, III**
                              Attorney for Defendant
18                            **JAIME JIMINEZ**

20                             s/Hayes H. Gable, III for
                              **KRESTA DALY**
                              Attorney for Defendant
21                            **MARICELLA VILLA**

22
DATE: May 21, 2009
23                             s/Hayes H. Gable, III for
                              **MICHAEL BECKWITH**
24                            Asst. U.S. Attorney

**ORDER**

For the reasons set forth in the foregoing stipulation, the status conference in the above-entitled action is continued to June 15, 2009, at 8:30 a.m. The court finds excludable time in this matter from May 26, 2009, through June 15, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: May 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE