LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-07-515 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE AND |
| | ) EXCLUDING TIME |
| JORGE CHAVEZ et al., | ) |
| | ) |
| Defendants. | ) Hon. William B. Shubb |
| | ) |

The parties request that the status conference currently set for June 15, 2009, be continued to July 13, 2009, and stipulate that the time beginning June 15, 2009, and extending through July 13, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties are in the process of discussing and negotiating the various plea offers in this case.  Furthermore, it appears that Alex Hernandez will be retaining new counsel.  Each

1

defendant will need time to consider his or her offer in light of the discovery.  As such, the attorneys for each defendant need more time to prepare, which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary legal research and investigation, and then discussing with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

```
                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: June 12, 2009          By: /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney


Dated: June 12, 2009          By: /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for defendant
                                  Armando Chavez


Dated: June 12, 2009          By: /s/ Michael B. Bigelow
                                  MICHAEL B. BIGELOW
                                  Attorney for defendant
                                  Alex Hernandez


Dated: June 12, 2009          By: /s/ Daniel M. Davis
                                  DANIEL M. DAVIS
                                  Attorney for defendant
                                  Juan Villa, Jr.


Dated: June 12, 2009          By: /s/ Hayes H. Gable
                                  HAYES H. GABLE, III
                                  Attorney for defendant
                                  Jamie Jiminez
```

| | | |
|---|---|---|
| 1 | Dated: June 12, 2009 | By: /s/ Kresta N. Daily |
| 2 | | KRESTA N. DAILY<br>Attorney for defendant<br>Maricella Villa |

### **ORDER**

For the reasons stated above, the status conference in case number CR. S-07-0515 WBS, currently set for June 15, 2009, is continued to July 13, 2009; and the time beginning June 15, 2009, and extending through July 13, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  June 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE