1   **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2   **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE:(916) 649-2006
4   FAX: (916) 920-7951
    E MAIL: jaygreiner@midtown.net
5
    ATTORNEY FOR DEFENDANT
6   JUAN VILLA, JR.

7

8
          IN THE UNITED STATES DISTRICT COURT FOR THE
9
               EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,      )      CR.-S-07-515-WBS
                                   )
12         PLAINTIFF,              )      STIPULATION AND ~~PROPOSED~~
                                   )      ORDER CONTINUING THE STATUS
13         v.                      )      CONFERENCE TO
                                   )      TUESDAY, FEBRUARY 16, 2010
14  JORGE CHAVEZ. et al,           )
                                   )
15         DEFENDANT.              )
    _____)
16

17        The United States of American, represented by Assistant United States

18  Attorney, Mr. Michael Beckwith, and defendant Alex Hernandez, represented by Mr.

19  David Cohen, and defendant Jaime Jiminez, represented by attorney, Mr. Hayes

20  Gable, defendant Maricella Villa, represented by attorney, Ms. Kresta Daly, and

21  defendant Juan Villa, represented by attorney , Mr. James R. Greiner, hereby agree

22  and stipulate that the status conference set for Monday, November 16, 2009, may be

23  vacated off the Court's calendar and rescheduled for Tuesday, February 16, 2010, at

24  8:30 a.m..

25        To date, the government has produced 14 CD's, 8 audio tape recordings (most

26  all of them in the Spanish language), and one video tape recording . Counsel for

27  defendant Juan Villa, Jr., has just been recently been appointed as of August 28, 2009

28                                          1

(See Docket Entry # 170 and whereas the government filed the criminal complaint on October 30, 2007, regarding a criminal investigation which the government represents started on or about August 2005 (See Criminal Complaint, page 4, Background of Investigation, CI-1, first sentence of first paragraph). Newly appointed counsel for defendant Juan Villa, Jr., needs a reasonable amount of time to review the discovery to date, to meet and review the discovery with the defendant, to due reasonable investigation in the case, all of which is at least some four (4) years behind the government and two (2) years behind the other defense counsel in the case.

Thus, all parties agree and stipulate that a continuance is reasonably warranted under the circumstances of the case and as it regards newly appointed counsel for defendant Juan Villa, Jr..

**EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The parties agree and stipulate that with new counsel for defendant Juan Villa, Jr., having been appointed on August  the interests of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18  section 3161 (h)(7)(B)(iv), corresponding to Local Code T-4 (to allow counsel time to prepare). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public, the government and the defendants in a speedy trial. (Title 18  section 3161 (h)(7)(B)(iv), corresponding to Local Code T-4 (to allow counsel time to prepare.)

The Court's Courtroom deputy, Ms. Karen Kirksey Smith, was contacted to ensure the Court was available on Tuesday, February 16, 2010, and the Court is available.

///

///

2

1

2          Respectfully submitted:

3                                              BENJAMIN WAGNER
                                               UNITED STATES ATTORNEY
4
                                               /s/ Michael Beckwith,  by in person authorization
5     DATED: 11-12-09                          _____
6                                              Michael Beckwith
                                               ASSISTANT UNITED STATES ATTORNEY
7                                              ATTORNEY FOR PLAINTIFF

8                                              /s/ David Cohen, by telephone authorization
9     DATED: 11-12-09                          _____
10                                             David Cohen
                                               Attorney for defendant Alex Hernandez
11
                                               /s/ Hayes Gable, by e mail authorization
12    DATED: 11-12-09                          _____
13                                             Hayes Gable
                                               Attorney for defendant Jaime Jiminez
14
                                               /s/ Kresta Daly, by e mail authorization
15    DATED: 11-12-09                          _____
16                                             Kresta Daly
                                               Attorney for defendant Maricella Villa
17

18    DATED: 11-12-09                          /s/ James R. Greiner
                                               _____
19                                             James R. Greiner
                                               Attorney for defendant Juna Villa, Jr.
20

21    ///
      ///
22

23

24

25

26

27

28                                             3

**ORDER**

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED:   November 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4