| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy_zindel@fd.org |
| 5 | 916-498-5700/Fax 916-498-5710 |
| 6 | Requesting Appointment for |
| | JAIME JIMINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:07-CR-0515 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO APPOINT COUNSEL FOR** |
| vs. | ) | **JAIME JIMINEZ; ORDER (proposed)** |
| | ) | |
| JORGE CHAVEZ et al., | ) | |
| | ) | Judge:  Hon. Carolyn K. Delaney |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Jaime Jiminez respectfully asks that the Court appoint the Office of the Federal Defender to represent him in regard to a motion for early termination of supervised release.  Mr. Jiminez recently contacted the Federal Defender for assistance.

/////

/////

-1-

Mr. Jiminez has completed a financial affidavit showing that he qualifies for appointed counsel. The Federal Defender's Office respectfully requests appointment to represent him.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  November 23, 2015      /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender

**O R D E R**

IT IS HEREBY ORDERED that the Federal Defender is appointed to represent Mr. Jiminez pursuant to 18 U.S.C. § 3006A.

Dated:  November 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-2-